**759-13**

# ELECTRONIC RECORD

CCA # __01-12-00089-CR__          OFFENSE: Murder

STYLE: **Joyce McMillin Sturdivant v. The State of Texas**          PUNISHMENT: 30 Yrs

COUNTY: McLennan

TRIAL COURT:          54th District Court                                    _____ MOTION
TRIAL COURT #:       2011564C2 (Count I)          FOR REHEARING IS: _____
TRIAL COURT JUDGE: Hon. Matt Johnson          DATE: _____
DISPOSITION: __AFFIRM__          JUDGE: _____
DATE: ____051413____
JUSTICE: __JUSTICE KEYES__
PC _N_
S _Y_
PUBLISH: _Y_
DNP: _N_

CLK RECORD: __02/13/12 (1 VOL)__          SUPP CLK RECORD __04/18/12 (1 VOL)__
RPT RECORD: __03/21/12 (13 VOLS)__          SUPP RPT RECORD __03/21/12 (1 VOL)__
STATE BR: __06/14/12__          SUPP BR _____
APP BR: __05/02/12, 05/11/12__          PRO SE BR _____

---

# IN THE COURT OF CRIMINAL APPEALS

**759-13**

## ELECTRONIC RECORD          CCA # __759-13__

- - - - - - - - - - - - - -

__APPELLANT'S__ Petition          Disposition: _VAC REM Co A_
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _10-9-13_
_granted & remanded_          JUDGE: _____
DATE: _Oct. 9, 2013_          SIGNED: _____          PC: __✓__
JUDGE: _PC_          PUBLISH: __✓__          DNP: _____

- - - - - - - - - - - - - -

_____ MOTION FOR REHEARING IN          MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____          _____ ON _____

JUDGE: _____          JUDGE: _____